## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Chad M. Ikerd
Louisiana Appellate Project
P. O. Box 2125
Lafayette LA 70502

Joseph Michael Elie, III
River Bend Det. Center DOC No. 364120
9450 Hwy 65 South
Lake Providenc LA 71254

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 26, 2022

**REHEARING ACTION: January 26, 2022**

**Docket Number: 21   00117-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JOSEPH MICHAEL ELIE, III**

**Appealed from Rapides Parish Case No. 341,833**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. John E. Conery**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph Michael Elie, III** has this day been

    **DENIED.**

cc: Hon. Phillip Terrell, Jr., Counsel for the Appellee
    Catherine L. Davidson, Counsel for the Appellee